UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PEREZ, | Case No. 2:25-cv-1080-JDP |
| Plaintiff, | |
| v. | INITIAL PRETRIAL SCHEDULING ORDER |
| SURESITE CONSULTING GROUP, LLC, | |
| Defendant. | |

This case was before the court on August 14, 2025, for an initial pretrial scheduling conference.[1] Attorney Stuart Kluft appeared on behalf of plaintiff; attorney Corey Thrush appeared on behalf of defendant. After hearing and review of the parties' joint status reports, ECF No. 16, the court enters the following scheduling order:

**SERVICE OF PROCESS**

Service of process is undisputed.

**JOINDER OF PARTIES AND AMENDMENTS TO PLEADINGS**

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, which will be given only upon a finding of good cause. *See* Fed. R. Civ. P. 16(b).

---

[1] This case proceeds before the undersigned pursuant to the parties' consent. ECF No. 15; *see* 28 U.S.C. § 636(c).

**JURISDICTION AND VENUE**

Jurisdiction and venue are not disputed.

**DISCOVERY**

All discovery shall be completed by **September 18, 2026**. In this context, "completed" means that all discovery shall have been conducted; all depositions shall have been taken; any disputes relative to discovery shall have been resolved by appropriate order, if necessary; and the relevant parties shall have complied with any orders relating to discovery. Motions to compel discovery shall be noticed on the undersigned's law and motion calendar in accordance with the local rules and shall be heard not later than **August 20, 2026**. The parties are advised that they must comply with the undersigned's procedures for civil matters—which require, *inter alia*, an informal discovery conference with the undersigned—before the court will consider a discovery motion.[2] The parties shall serve Rule 26(a) disclosures by no later than **September 28, 2025**.

**EXPERT DISCLOSURE**

The parties shall designate in writing, and shall serve upon all other parties, the names of any experts whom they propose to tender at trial in accordance with the following schedule: initial expert disclosures shall be served on or before **June 15, 2026**, and any rebuttal disclosures shall be served on or before **July 15, 2026**. The designation shall be accompanied by a written report that complies with Federal Rule of Civil Procedure 26(a)(2).

An expert witness not disclosed in accordance with this schedule will not be permitted to testify unless the party offering the witness demonstrates that: (a) the necessity of the witness could not have been reasonably anticipated at the time disclosure was required; (b) the court and all other parties were promptly notified upon discovery of the witness; and (c) the witness was promptly proffered for deposition. Failure to provide the information required along with the expert designation may lead to exclusion of the expert's testimony or other appropriate sanctions.

All experts are to be fully prepared to render an informed opinion at the time of designation so that they may fully participate in any deposition taken by the opposing party.

---

[2] A copy of the undersigned's procedures is available on the court's website.

1  Testimony regarding late-disclosed opinions that reasonably should have been available at the
2  time of designation will not be permitted.

3  **MOTION HEARING SCHEDULES**

4  All dispositive motions shall be completed—that is, fully heard—by **November 19, 2026**.
5  The parties are cautioned that they must comply with the local rules regarding the requirements
6  for noticing such motions on the court's regularly scheduled law and motion calendar. A non-
7  moving party shall file with the court an opposition or statement of non-opposition to any
8  properly noticed motion no later than fourteen days after the motion's filing. *See* E.D. Cal. L.R.
9  230(c). Any reply by the moving party shall be filed with the court no later than ten days after the
10 opposition's filing. *See* E.D. Cal. L.R. 230(d). Memoranda of Points and Authorities in support
11 of or in opposition to motions shall not exceed twenty-five pages in length; reply briefs shall not
12 exceed fifteen pages. Absent leave of court, each party is limited to filing one motion for
13 summary judgment or partial summary judgment. This paragraph does not preclude motions for
14 continuances, temporary restraining orders, or other emergency applications.

15 The parties should keep in mind that the purpose of law and motion is to narrow and
16 refine the legal issues raised by the case, and to dispose of by pretrial motion those issues that are
17 susceptible to resolution without trial. To accomplish that purpose, the parties need to identify
18 and fully research the issues presented by the case, and then examine those issues in light of the
19 evidence gleaned through discovery. If it appears to a party after examining the legal issues and
20 facts that an issue can be resolved by pretrial motion, the party shall file the appropriate motion
21 by the dispositive motion cutoff set forth above.

22 All purely legal issues are to be resolved by timely pretrial motion. The parties are
23 reminded that motions in limine are procedural devices designed to address the admissibility of
24 evidence. The parties are cautioned that the court will look with disfavor upon substantive
25 motions presented in the guise of motions in limine at the time of trial.

26 **FINAL PRETRIAL CONFERENCE**

27 A final pretrial conference is set before the undersigned on **February 18, 2027**, at 10:00
28 a.m., in Courtroom No. 9. The parties shall submit a joint pretrial statement in accordance with

Local Rule 281 not less than fourteen (14) days prior to the pretrial conference. Counsel shall also submit a copy of the joint pretrial statement in Word format to Judge Peterson's at jdporders@caed.uscourts.gov.

Counsel are referred to Local Rules 281 and 282 relating to pretrial statements and conferences. A failure to comply with these rules may result in the imposition of sanctions. At the pretrial conference, the court will set deadlines to file trial documents, including motions *in limine*, trial briefs, and proposed jury voir dire, instructions, and verdict forms (where applicable).

**TRIAL**

A jury trial is set to commence before the undersigned on **April 20, 2027**, at 9:00 a.m., in Courtroom No. 9.

IT IS SO ORDERED.

Dated:   September 2, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE