UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PEREZ,<br><br>    Plaintiff,<br><br>   v.<br><br>SURESITE CONSULTING GROUP, LLC,<br><br>    Defendant. | Case No. 2:25-cv-1080-JDP |
| ROGELIO RODRIGUEZ,<br><br>    Plaintiff,<br><br>   v.<br><br>SURESITE CONSULTING GROUP, LLC,<br><br>    Defendant. | Case No. 2:25-cv-1442-CSK<br><br>RELATED CASE ORDER |

Examination of the above-listed civil actions reveals that the actions are related within the meaning of E.D. Cal. Local Rule 123. The actions raise similar legal issues, involve the same defendant, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to result in a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1   The parties should be aware that relating the cases under Local Rules 123 merely has the
2   result that both actions are assigned to the same judge; no consolidation of the actions results.
3   Under the regular practice of this court, related cases are generally assigned to the judge to whom
4   the first-filed action was assigned.
5   Accordingly, IT IS THEREFORE ORDERED that the action denominated 2:25-cv-
6   01442-CSK be, and the same hereby is, reassigned to Magistrate Judge Jeremy D. Peterson for all
7   further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be
8   shown as 2:25-cv-01442-JDP.
9   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
10  the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:    December 4, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2