# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PEREZ, an individual, | Case No. 2:25-cv-1080-JDP |
| Plaintiff, | Assigned to: Hon. Jeremy D. Peterson |
| v. | **ORDER GRANTING JOINT REQUEST FOR EXTENSION TO DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| SURESITE CONSULTING GROUP, LLC, an Ohio Limited Liability Company; and DOES 1 through 20, inclusive, | |
| Defendants. | |

# ORDER

Having reviewed the Parties' Joint Request to Extend the Deadline to File Dispositional Documents, and good cause shown, IT IS HEREBY ORDERED that the deadline to submit dispositional documents in Case Number 2:25-cv-1080-JDP is extended from December 17, 2025 to January 16, 2026.

**SO ORDERED**.

Dated: 12/18/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE