UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SURESITE CONSULTING GROUP, LLC, an Ohio Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-1442-JDP |
| ERIC PEREZ, an individual,<br><br>Plaintiff,<br>v.<br><br>SURESITE CONSULTING GROUP, LLC, an Ohio Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:25-cv-1080-JDP<br><br>Assigned to: Hon. Jeremy D. Peterson<br><br>**ORDER GRANTING JOINT REQUEST FOR ADDITIONAL EXTENSION TO DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

-1-

[PROPOSED] ORDER

# ORDER

Having reviewed the Parties' Joint Request to Extend the Deadline to File Dispositional Documents, and good cause shown, IT IS HEREBY ORDERED that the deadline to submit dispositional documents in Case Number 2:25-cv-1080-JDP is extended from January 16, 2026 to March 13, 2026.

**SO ORDERED**.

Dated:  January 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER